IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD CLEVELAND,

    Petitioner,                   No. CIV S-07-0039 MCE DAD P

    vs.

D.L. RUNNELS, Warden,

    Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        By an order filed March 28, 2007, petitioner was granted thirty days to file a habeas petition that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice.  In addition, petitioner was ordered to submit, within thirty days, an application to proceed in forma pauperis or pay the appropriate filing fee.  Petitioner was cautioned that failure to do so would result in a recommendation that this matter be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed a habeas petition, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1  days after being served with these findings and recommendations, petitioner may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: May 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
    clev0039.fpf